**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TONYA JEAN QUIVER,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>Defendant. | ) | Case No. CIV-13-41-F |

**ORDER**

Plaintiff Tonya Jean Quiver brought this action pursuant to 42 U.S.C. §405(g), seeking judicial review of the Defendant Commissioner's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income under the Social Security Act.

Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on February 3, 2014, doc. no. 19 (the Report), recommending that the Commissioner's decision be affirmed. The Report advised the parties of their right to object to the Report by February 23, 2014. The Report also advised that failure to make timely objection to the Report waives the parties' right to appellate review of the factual and legal issues contained in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 26th day of February, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0041p003.wpd